FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 23 AM 11: 59
CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 4:19CR66 |
| ) | |
| ZACHARY CARTER, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Motion for Leave of Absence by Matthew K. Hube, counsel for Defendant, for the dates of August 30, 2019; September 12, 2019 through September 13, 2019; October 3, 2019 through October 4, 2019; October 31, 2019 through November 1, 2019; November 8, 2019; and November 22, 2019. (Doc. 299.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 22nd day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA