GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Zachary Carter | ) ) ) ) ) ) ) ) ) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release) |

Case Number:    4:19CR00066-14

USM Number:    23102-021

Scott G. Reddock
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to Violation Numbers 1 and 3.

☒ was found guilty of Violation Number 4 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 21, 2025 |

***See page 2 for Additional Violations***.

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court makes no finding as to Violation Number 2 and that violation is discharged

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  0990

June 11, 2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1984

Signature of Judge

City and State of Defendant's Residence:

Hinesville, Georgia

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

June 22, 2026
Date

GAS 245D      Judgment in a Criminal Case for Revocations                                              Judgment — Page **2** of **3**

DEFENDANT:          Zachary Carter
CASE NUMBER:        4:19CR00066-14

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to follow the instructions of the probation officer related to the conditions of supervision (standard condition). | February 13, 2026 |
| 4 | You committed another federal, state, or local crime (mandatory condition). | April 22, 2026 |

GAS 245D    Judgment in a Criminal Case for Revocations

DEFENDANT:            Zachary Carter
CASE NUMBER:         4:19CR00066-14

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 22 months.

☒    The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons facility in Jesup, Georgia, is recommended.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐    a.m.    ☐    p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL